Joshua LUCAS, Appellant,

v.

STATE of Florida, Appellee.

No. 4D16–904.

District Court of Appeal of Florida, Fourth District.

July 20, 2016.

---

Joshua Lucas, Bonifay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.* We remand with directions to the trial court to amend the disposition order to reflect the plea on count one was to the charge of burglary of an unoccupied dwelling.

WARNER, MAY and LEVINE, JJ., concur.